IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEODORE J. KERNOSH, <br><br>        Plaintiff<br> v.<br><br>DE JAGER CONSTRUCTION, INC.;<br>FREIGHT CONCEPTS, INC.;<br>ABC BUSINESS ENTITIES 1-10 (fictitious names)<br>and JOHN DOES 1-10 (fictitious names)<br><br>        Defendants<br><br>DE JAGER CONSTRUCTION, INC.,<br><br>        Third Party Plaintiff<br> v.<br><br>SUGAR HILL DESIGN & CONSTRUCTION, LLC<br><br>        Third Party Defendant | CIVIL ACTION NO. 13-6069 |
| THEODORE J. KERNOSH,<br><br>        Plaintiff<br> v.<br><br>ACCEL GROUP, INC.<br><br>        Defendant | CIVIL ACTION NO. 15-3325 |

**<u>ORDER</u>**

  **AND NOW**, this   12th   day of November, 2015, upon consideration of the following documents:

    Plaintiff's Motion for Sanctions Against Defendant Freight Concepts, Inc. (Docket No. 93) filed September 22, 2015;

    Answer to Plaintiff's Motion for Sanctions and Memorandum of Law in Support of Answer to Plaintiff's Motion for Sanctions (Docket Nos. 95 and 95-4) filed by Defendant, Freight Concepts on September 24, 2015;

    Plaintiff Theodore J. Kernosh's Reply Brief in Further Support of Plaintiff's Motion for Sanctions Against Defendant Freight Concepts, Inc. (Docket No. 99) filed October 1, 2015; and

    Plaintiff Theodore J. Kernosh's Supplemental Reply Brief in Further Support of Plaintiff's Motion for Sanctions Against Defendant Freight Concepts, Inc. (Docket No. 114) filed November 4, 2015;

upon consideration of a sanctions hearing on the record with counsel for all interested parties on November 5, 2015, and for the reasons expressed in the foregoing Memorandum,

    **IT IS ORDERED** that Plaintiff's motion for sanctions is **DENIED**.

              BY THE COURT:


               */s/ Henry S. Perkin*
               HENRY S. PERKIN,
               United States Magistrate Judge